Karin B. Hoppmann, Tampa, FL, for Plaintiff–Appellee.

Mark W. Ciaravella, Tampa, FL, for Defendant–Appellant.

Before ANDERSON, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Mark W. Ciaravella, appointed counsel for Zeferino Carlos in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Dwayne MONTGOMERY, a.k.a.
Dewayne Montgomery,
Defendant–Appellant.**

No. 04–14188.

United States Court of Appeals,
Eleventh Circuit.

Aug. 19, 2005.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

Robert O. Davis, Tallahassee, FL, for Plaintiff–Appellee.

Before: ANDERSON, BARKETT and WILSON, Circuit Judges.

BY THE COURT:

Chet Kaufman, appointed counsel for Dwayne Montgomery, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of

the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Montgomery's conviction and sentence are **AFFIRMED**.